HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREA SOLTESZ and STEPHEN SOLTESZ husband and wife; DAWN DENNISON and JEFF DENNISON, husband and wife; and STEVEN SMITH, a single man.

Plaintiffs,

v.

UNITED RENTALS NORTHWEST, INC., an Oregon corporation; WASHINGTON STATE PATROL, an agency of the STATE OF WASHINGTON; PIERCE COUNTY SHERIFF'S DEPARTMENT, an agency of PIERCE COUNTY; and BONNEY LAKE POLICE DEPARTMENT, an agency of the CITY OF BONNEY LAKE,

Defendants.

Case No. 07-5198 RBL

ORDER DENYING PLAINTIFFS' SECOND MOTION TO AMEND COMPLAINT

This matter is before the Court on Plaintiffs' Second Motion to Amend Complaint [Dkt. #23]. For the following reasons, the Motion [Dkt. #23] is DENIED IN PART and GRANTED IN PART.

The deadline to file all motions to join new parties was June 30, 2008. [Dkt. #20]. On September 16, 2008, Plaintiffs filed their motion to add four minor children as Plaintiffs and to correct certain factual allegations.

Plaintiffs fail to sufficiently explain why they did not move the Court to add the minor parties before the June 30, 2008 deadline. Plaintiffs have also failed to address the fact the Court would prejudice the

ORDER
Page - 1

Defendant by adding additional Plaintiffs well after the discovery deadline has passed. As the Defendant argues, minor Plaintiffs may bring a separate action against the Defendants if they so chose. Plaintiffs' motion to add minors as Plaintiffs is therefore DENIED.

Plaintiffs also seek leave of the Court to amend certain factual allegations in their complaint. The correction of certain factual assertions, unlike allowing Plaintiffs to be added to the case, does not prejudice the Defendant. Plaintiffs' motion to correct factual allegations in their complaint is therefore GRANTED.

It is therefore ORDERED that Plaintiffs' Second Motion to Amend is DENIED IN PART and GRANTED IN PART.

DATED this 6th day of November, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE