# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA SOLTESZ and STEPHEN SOLTESZ, husband and wife; DAWN DENNISON and JEFF DENNISON, husband and wife; and STEVEN SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED RENTAL NORTHWEST, INC., an Oregon corporation; WASHINGTON STATE HIGHWAY PATROL; PIERCE COUNTY SHERIFF'S DEPARTMENT; and BONNEY LAKE POLICE DEPARTMENT;<br><br>Defendants. | NO. C07-5198 RBL<br><br>ORDER GRANTING DEFENDANT WASHINGTON STATE PATROL'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER having come before the Court on Defendant Washington State Patrol's Motion for Summary Judgment, and the Court being familiar with this file and having considered the following:

    1.    Plaintiff's Complaint; and

    2.    Declaration of Brian Agar

PROPOSED ORDER      1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

No response having been filed by the plaintiffs;

DOES HEREBY ORDER, ADJUDGE and DECREE

Defendant Washington State Patrol's Motion for Summary Judgment is granted. Plaintiffs' claims for relief against Defendant Washington State Patrol are dismissed in their entirety.

DATED this 20th day of November, 2008.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300