HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREA SOLTESZ and STEPHEN SOLTESZ, husband and wife; ERIN T. SOLTESZ and SARAH, minors by ANDREA SOLTESZ, guardian ad litem; DAWN DENNISON and JEFF DENNISON, husband and wife; JACOB D. DENNISON and HANNAH R. DENNISON, minors by DAWN DENNISON, guardian ad litem; and STEVEN SMITH, a single man,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED RENTALS NORTHWEST, INC., an Oregon corporation; WASHINGTON STATE PATROL, an agency of the STATE OF WASHINGTON; PIERCE COUNTY SHERIFF'S DEPARTMENT, an agency of PIERCE COUNTY; and BONNEY LAKE POLICE DEPARTMENT, an agency of the CITY OF BONNEY LAKE,<br><br>Defendants. | Case No. C07-5198RBL<br><br>ORDER GRANTING DEFENDANT BONNEY LAKE'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER having come on regularly for hearing on Defendant Bonney Lake's Motion for Summary Judgment, the Court having considered the record and file herein; and no response having been filed by plaintiffs,

THE COURT HEREBY FINDS that Plaintiffs' failure to properly serve the City of Bonney Lake until September 17, 2008, more than four years after the incident in question, falls outside of the applicable three year statute of limitations; and

ORDER
Page - 1

1  THE COURT HEREBY FINDS that Plaintiffs' failure to comply with the court ordered Case
2  Schedule which required joinder of all parties by May 30, 2008, is in violation of the Case Schedule; and
3  THE COURT HEREBY ORDERS Plaintiffs' claims against the City of Bonney Lake to be
4  **DISMISSED WITH PREJUDICE**.

Dated this 21st day of November, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2