HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREA SOLTESZ and STEPHEN SOLTESZ, husband and wife; ERIN T. SOLTESZ and SARAH, minors by ANDREA SOLTESZ, guardian ad litem; DAWN DENNISON and JEFF DENNISON, husband and wife; JACOB D. DENNISON and HANNAH R. DENNISON, minors by DAWN DENNISON, guardian ad litem; and STEVEN SMITH, a single man,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED RENTALS NORTHWEST, INC., an Oregon corporation; WASHINGTON STATE PATROL, an agency of the STATE OF WASHINGTON; PIERCE COUNTY SHERIFF'S DEPARTMENT, an agency of PIERCE COUNTY; and BONNEY LAKE POLICE DEPARTMENT, an agency of the CITY OF BONNEY LAKE,<br><br>Defendants. | Case No. C07-5198RBL<br><br>ORDER GRANTING DEFENDANT PIERCE COUNTY SHERIFF'S DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT |

The motion of Defendant Pierce County Sheriff's Department for dismissal of Plaintiffs' action against it pursuant to FRCP 56 came on regularly before the Court on Friday, November 21, 2008.

In ruling upon Defendant Pierce County Sheriff's Department's motion for summary judgment, the Court has considered the following:

1. Defendant Pierce County Sheriff's Department's Motion for Summary Judgment with the following attached Exhibits:

|   |   |   |
|---|---|---|
| 1 | a. | Declaration of Deputy Andrew Finley; |
| 2 | b. | Washington State Patrol Investigative Report; and |
| 3 | c. | Declaration of Denise Severson. |

2. Declaration of Ronald L. Williams in Support of Motion for Summary Judgment with the following attached Exhibits:

    d. Deposition of Jeffrey W. Dennison taken June 26, 2008;

    e. Deposition of Dawn Dennison taken June 26, 2008;

    f. Deposition of Andrea Soltesz taken June 26, 2008;

    g. Deposition of Stephen Soltesz taken June 26, 2008; and

    h. Excerpt of Pierce County Sheriff's Department Policy Manual, Section 6.01.102.

The Court has considered all materials submitted in support of and in opposition to the motion for summary judgment, and finds that there are no genuine issues of material fact and that Defendant Pierce County Sheriff's Department is entitled to summary judgment dismissal as a matter of law regarding Plaintiffs' claims.

No response having been filed by plaintiffs, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Defendant Pierce County Sheriff's Department's motion for summary judgment is hereby **GRANTED** and that all claims of Plaintiffs are hereby **DISMISSED** with prejudice.

Dated this 21st day of November, 2008.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE